IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
JUL 28 A 9:50

Billy W Trillet 137853B
Full name and prison number
of plaintiff(s)

v.

Lee County Detention Center

_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05cv694-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) N/A

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed?
   Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Lee County Detention Center @ 2311 Gateway Dr
2. Opelika, Al 36801
3. Nurse Burk LCDC (2311 Gateway Drive Opelika
4. Nurse Stewart    Al, 36801)
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED (1) August, 2004 (Once) (2) February 2005 Second time

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Denied Medical Attention

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

① Last year August 2004 had bad tooth Ach with poisin in it, took two months to go to Denist ② I had Pneumonia with a hundred & Three tempture an Nurse Burk refuse to treat me

**GROUND TWO:** _____

**SUPPORTING FACTS:** _____

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I won't to be Compensated For my pain a Suffering.

_Billy W Triplet_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-22-05 .
(Date)

_Billy W Triplet_
Signature of plaintiff(s)

4