IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLY W. TRILLET, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05cv694-F |
| ) | (WO) |
| LEE COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 3, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's claims against the Lee County Detention Center are DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I).

2. The Lee County Detention Center is DISMISSED as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against defendants Burk and Stewart is referred back to the Magistrate Judge for appropriate proceedings.

Done this 26th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE