IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BILLY W. TRILLET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv694-F |
| | ) | (WO) |
| NURSE BURK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 5, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for the plaintiff's failure to prosecute this action and his failure to comply with the orders of this court.

Done this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE